1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK KANE,

    Plaintiff,

  v.

MATSON NAVIGATION COMPANY, INC., et al.,

    Defendants.

Case No.  22-cv-04583-WHO

**ORDER GRANTING STIPULATION TO ADJUST BRIEFING AND HEARING SCHEDULE**

Re: Dkt. No. 16

   Having reviewed the parties' joint stipulation to adjust the briefing schedule and hearing date on the defendants' motion to dismiss, and good cause appearing, the request is GRANTED.

   Any opposition to the motion is now due on October 14, 2022.  Any reply is due on October 21, 2022.  The hearing on the motion, currently set for October 26, 2022, will be continued to November 9, 2022, at 2:00 p.m.

   **IT IS SO ORDERED.**

Dated: September 28, 2022



William H. Orrick
United States District Judge