1 | MICHAEL GUASCO, State Bar No. 258765
mguasco@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.276.2606
Fax No.: 415.399.8490

JOHN S. KEENEY, Bar No. 329241
jkeeney@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road,
Suite 800
Irvine, California 92612.2565
Telephone: 949.705.3062
Fax No. 949.724.1201

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK P. KANE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATSON NAVIGATION COMPANY, INC., a Hawaii corporation and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. 3:22-cv-04583-WHO<br><br>Assigned to Hon. William H. Orrick in Courtroom 2, 17th Floor<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES ASSOCIATED WITH DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:   August 8, 2022 |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Local Rule 6-2, the parties jointly stipulate to modify the hearing date, and accompanying deadlines on Defendant MATSON NAVIGATION COMPANY, INC.'S motion to dismiss Second Amended Complaint, as follows:

WHEREAS, plaintiff MARK KANE (hereinafter, "plaintiff") brings the instant action asserting a variety of claims related to his work aboard a ship operated by defendant MATSON NAVIGATION COMPANY, INC. (hereinafter "defendant").

WHEREAS, in response to the First Amended Complaint, defendant filed a motion to dismiss pursuant to FRCP Rule 12(b)(6).

WHEREAS, this Court granted, in part, and denied, in part, the motion, granting plaintiff leave to amend.

WHEREAS, on January 10, 2023, plaintiff filed his Second Amended Complaint [ECF No. 32.]

WHEREAS, on January 24, 2023, defendant filed a motion to dismiss pursuant to FRCP Rule 12(b)(6). [ECF No. 33.] Under the Federal Rules of Civil Procedure, the Local Rules, and this Court's Scheduling Order, the dates triggered by the motion are as follows:

- Plaintiff's Opposition – February 7, 2023
- Defendant's Reply – February 14, 2023
- Hearing on the Motion – March 8, 2023

WHEREAS, on January 27, 2023, counsel for plaintiff was involved in a serious car accident, requiring extraction from his vehicle.[1]

WHEREAS, plaintiff's counsel is still recovering from the accident.

Based on the foregoing, the Parties stipulate as follows:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed and served no later than February 14, 2023.

---

[1] Should this Court require further information, the parties can provide the Court with further information but request the opportunity to do so *in camera* to protect counsel's medical privacy.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.276.2606

STIPULATION AND PROPOSED ORDER  1.  3:22-CV-04583-WHO

1      2.    Defendant's Reply to Plaintiff's Opposition shall be filed and served no later than

2  February 21, 2023.

3      3.    The hearing on Defendant's Motion to Dismiss is continued to March 15, 2023 at

4  2:00 p.m. in Courtroom 2, 17th Floor, of the above-referenced Court.

5  **IT IS SO STIPULATED**

Dated: February 6, 2023

LITTLER MENDELSON, P.C.

*/s/ Michael C. Guasco [per authorization]*
MICHAEL GUASCO
JOHN S. KEENEY

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.

Dated: February 6, 2023

BIRNBERG & ASSOCIATES

*/s/ Cory A. Birnberg*
CORY A. BIRNBERG

Attorneys for Plaintiff
MARK KANE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.276.2606

STIPULATION AND PROPOSED ORDER    2.    3:22-CV-04583-WHO

**ORDER**

The Court is in receipt of the parties' stipulation and [proposed] order to continue dates related to Defendant's Motion to Dismiss the Second Amended Complaint.

The Court, having considered parties' stipulation, and good cause appearing, rules as follows:

1. The parties' stipulation is GRANTED.

2. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed and served no later than February 14, 2023.

3. Defendant's Reply to Plaintiff's Opposition shall be filed and served no later than February 21, 2023.

4. The hearing on Defendant's Motion to Dismiss is continued to March 15, 2023 at 2:00 p.m. in Courtroom 2, 17th Floor, of the above-referenced Court.

**IT IS SO ORDERED.**

Dated: February 6, 2023



United States District Court Judge
Hon. William H. Orrick

4863-6275-9987.1 / 085038-1056